AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

LABORERS' PENSION FUND AND LABORERS'
WELFARE FUND OF THE HEALTH AND
WELFARE DEPARTMENT, ETC., ET AL.,

V.

CORPORATE CONSTRUCTION, INC., an Illinois
corporation, and LISA K. CALLAHAN, ind.

CASE NUMBER: **08 C 898**

ASSIGNED JUDGE: **JUDGE NORGLE**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

Lisa K. Callahan
802 Sunset Ave.
Round Lake, IL  60073

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick T. Wallace, Jerrod Olszewski
Christina Krivanek, Amy N. Carollo, Charles Ingrassia
Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

------------------------------
(By) DEPUTY CLERK

February 12, 2008
------------------------------
Date

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**LABORERS' PENSION FUND; ET AL**

PLAINTIFF(S)

Case No.
**08 C 898**

vs.

**CORPORATE CONSTRUCTION, INC. AND LISA K. CALLAHAN**

DEFENDANT(S)

AFFIDAVIT OF SERVICE:
**SUMMONS & COMPLAINT**

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Mar 05, 2008, at 2:03 PM**, I served the above described documents upon **LISA K. CALLAHAN** as shown below:

**PERSONAL SERVICE** was made by leaving a true and correct copy to the within named individual, **LISA K. CALLAHAN**.

Said service was effected at **24444 AZTEC ST, LAKE VILLA, IL 60046**.

**DESCRIPTION:** Gender: F  Race: **WHITE**  Age: **45**  Hgt: **5'6"**  Wgt: **130**  Hair: **BLACK**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

Patrick Richardson, Lic #: 117-001352
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 7th day of March, 2008

NOTARY PUBLIC

OFFICIAL SEAL
PATRICIA M BRZEZICKI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/15/12

CLIENT NAME:
Laborers Pension and Welfare Funds*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
36618