AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

LABORERS' PENSION FUND AND LABORERS'
WELFARE FUND OF THE HEALTH AND
WELFARE DEPARTMENT, ETC., ET AL.,

V.

CORPORATE CONSTRUCTION, INC., an Illinois
corporation, and LISA K. CALLAHAN, ind.

CASE NUMBER:

## 08 C 898

ASSIGNED JUDGE:

**JUDGE NORGLE
MAGISTRATE JUDGE SCHENKIER**

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Corporate Construction, Inc.
c/o Lisa K. Callahan, Registered Agent
802 Sunset Ave.
Round Lake, IL  60073

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick T. Wallace, Jerrod Olszewski
Christina Krivanek, Amy N. Carollo, Charles Ingrassia
Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604

■

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

**(By) DEPUTY CLERK**

**February 12, 2008**

**Date**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **LABORERS' PENSION FUND; ET AL** | | |
| | PLAINTIFF(S) | Case No.<br>**08 C 898** |
| vs. | | |
| **CORPORATE CONSTRUCTION, INC. AND LISA K. CALLAHAN** | | AFFIDAVIT OF SERVICE OF:<br>**SUMMONS & COMPLAINT** |
| | DEFENDANT(S) | |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Mar 05, 2008**, at **2:03 PM**, I served the above described documents upon **CORPORATE CONSTRUCTION, INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **LISA K. CALLAHAN / CORPORATE OFFICER**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **24444 AZTEC ST, LAKE VILLA, IL 60046.**

**DESCRIPTION:** Gender: F  Race: **WHITE**  Age: **45**  Hgt: **5'6"**  Wgt: **130**  Hair: **BLACK**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*Patrick Richardson* (signature)

**Patrick Richardson, Lic #: 117-001352**
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 900**
**Wheaton, IL 60187**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 7th day of March, 2008

*Patricia M Brzezicki* (signature)

NOTARY PUBLIC

> OFFICIAL SEAL
> PATRICIA M BRZEZICKI
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES:02/15/12

CLIENT NAME:                    ORIGINAL PROOF OF SERVICE                    TRACKING #
**Laborers Pension and Welfare Funds***                                        **36617**
**FILE #:**