**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **LABORERS' PENSION FUND, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.:  08 C 898 |
| v. | ) | |
| | ) | Judge Norgle |
| **CORPORATE CONSTRUCTION, INC.,** a dissolved Illinois corporation, and **LISA K. CALLAHAN,** | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter having come to be heard on the Motion of Plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity and James S. Jorgensen, Administrator of the Funds ("Funds'') Order of Default and to Compel an Audit, due notice having been given, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED**:

1. That Defendants Corporate Construction, Inc. and Lisa K. Callahan are in default.

2. Defendants are hereby directed to promptly submit its books and records for an audit by the Funds for the period of January 1, 2007 forward.

3. Defendants are hereby directed to obtain and maintain a surety bond in accordance with the terms of the collective bargaining agreement.

      FURTHER, the Court retains jurisdiction to enter judgment in sum certain upon the completion of the audit for all amounts revealed as due and owing to Plaintiffs, plus attorneys' fees and expenses and such other and further relief as may be just and appropriate.

      ENTER:

_____
The Honorable Judge Charles R. Norgle
United States District Court Judge

Dated:_____