**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **LABORERS' PENSION FUND, et al.,** )<br>　　　　　　　　　　**Plaintiffs,** )<br>　**v.** )<br>　　　　　　　　　　　　　　　　　　)<br>**CORPORATE CONSTRUCTION, INC.,** a )<br>dissolved Illinois corporation, and **LISA K.** )<br>**CALLAHAN,** )<br>　　　　　　　　　　**Defendants.** ) | **Case No.: 08 C 898**<br><br>**Judge Norgle** |

**NOTICE OF MOTION**

To:  Corporate Construction, Inc.
　　 c/o Lisa K. Callahan, Registered Agent
　　 24444 Aztec Street
　　 Lake Villa, IL  60046

　　 Lisa K. Callahan
　　 24444 Aztec Street
　　 Lake Villa, IL  60046

　　PLEASE TAKE NOTICE that at 10:30 a.m. on Friday, April 11, 2008, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge Charles R. Norgle, Room 2341, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present Plaintiffs' Motion for Order of Default and to Compel an Audit, a copy of which is herewith served upon you.

April 2, 2008　　　　　　　　　　　　　　　　　　Laborers Pension Fund, et al.

　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Patrick T. Wallace

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604
(312) 692-1540

**PROOF OF SERVICE BY MAIL**

　　The undersigned certifies that on this 2nd day of April 2008 he served this notice to the above addressee(s) via U.S. Mail.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Patrick T. Wallace