# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Laborers' Pension Fund, et al.
                    Plaintiff,

v.                                          Case No.: 1:08−cv−00898
                                            Honorable Charles R. Norgle Sr.

Corporate Construction, Inc., et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 25, 2008:

    MINUTE entry before Judge Honorable Charles R. Norgle, Sr: Motion for Order of Default and to Compel an Audit [12] is withdrawn. Case dismissed pursuant to 41(a)(1) of the Federal Rules of Civil procedure. Civil case terminated. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.